UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| TOWN OF BOWDOINHAM, and<br>TOWN OF BOWDOINHAM<br>EMPLOYEES AND OFFICIALS, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:24-cv-00451-SDN |
| v. | ) ) | |
| SCOTT A. GALLANT, | ) ) | |
| Defendant. | ) ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

Scott A. Gallant, proceeding pro se, sued the Town of Bowdoinham and its
employees on December 23, 2024.[1] ECF No. 1. On January 2, 2025, Magistrate Judge
Wolf denied Mr. Gallant's request to proceed without prepayment of fees and costs and
ordered Mr. Gallant to pay the filing fee by January 16, 2025. ECF No. 6. Magistrate Judge
Wolf warned Mr. Gallant his case would be dismissed if he failed to pay on time. When
Mr. Gallant did not pay by January 16, 2025, Magistrate Judge Wolf recommended the
Court dismiss the action. ECF No. 7. Magistrate Judge Wolf notified the parties that
failure to object to the recommended dismissal would waive their right to *de novo* review
and appeal.

The time to file objections to the recommended decision expired on January 31,
2025, and no objections have been filed. I have reviewed and considered the
recommended decision, together with the entire record; I have made a *de novo*

---

[1] Mr. Gallant identifies himself as the Defendant rather than as the Plaintiff. To be clear, Mr. Gallant—not
the Town of Bowdoinham—instituted this action.

determination of all matters adjudicated by the recommended decision; and I concur with Magistrate Judge Wolf's recommended dismissal for the reasons set forth therein.

It is therefore ORDERED that the recommended dismissal of the Magistrate Judge, ECF No. 7, is hereby AFFIRMED and ADOPTED. The case is DISMISSED without prejudice.

**SO ORDERED.**

Dated this 21st day of February, 2025.

/s/ Stacey D. Neumann
**U.S. DISTRICT JUDGE**

2